### Ford v. Wescott.

A replication is not necessary to complete the issue, where it is fully joined by petition and answer.

An answer merely in denial of the petition, is not to be taken as true.

It is the affirmative, and not the negative allegations of an answer, that are admitted by a failure to deny the same by replication.

### Appeal from the Marshall District Court.

TRESPASS *quare clausum fregit.* Answer denying specifically all the matters contained in the petition; in substance, the plea of not guilty. No replication was filed, and after the jury was sworn, defendant insisted that his answer being unreplied to, must be taken as true, and objected to any testimony on part of plaintiff to sustain his action. This objection was sustained, and there being no evidence, the jury under the direction of the court, found for defendant. And from the judgment thereon, plaintiff appeals.

*Curtis Bates* and *Samuel A. Rice,* for the appellant.

*Jas. D. Templin* and *J. W. Woods,* for the appellee.

WRIGHT, C. J.—This judgment must be reversed. A re-

plication is not necessary to complete the issue, where it is fully joined by petition and answer. An answer merely responsive to the petition, is not to be taken as true. It is the affirmative, and not the negative allegations of the answer, that are admitted, by a failure to deny the same by replication.

Judgment reversed.